UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60821-CIV-ALTMAN/Hunt

**MIRTHA HERNANDEZ**,

    *Plaintiff*,

*v.*

**AMERICA'S BEST TILE INSTALLATION, INC.**,

    *Defendant*.

_____/

## ORDER

The Plaintiff has filed a Notice of Settlement [ECF No. 11]. Accordingly, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal on or before **August 6, 2021**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 6th day of July 2021.

                                                      **ROY K. ALTMAN**
                                                      UNITED STATES DISTRICT JUDGE

cc:    counsel of record